# Mars Khaimov Law, PLLC

100 Duffy Ave., Suite 510

Hicksville, NY 11801

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

August 14, 2024

**<u>VIA ECF</u>**
Honorable Magistrate Judge Joseph A. Marutollo
U.S. District Court Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:    Case 1:24-cv-02577-DLI-JAM – *Anderson v. The Allen Hotel, Inc.*
<u>Joint Status Report and Letter Motion Requesting Extension of Time to</u>
<u>File Dismissal</u>

Dear Magistrate Judge Joseph A. Marutollo:

The parties respectfully submit this Joint Status Report in accordance with the Court's directives from the order dated June 28, 2024. While the parties have agreed to terms to settle the case, the settlement is not yet finalized, and so Plaintiff needs additional time before Plaintiff can agree to dismiss the action. As such, Plaintiff requests a 30-day extension of time, up through September 13, 2024 to dismiss the action. This is the first time this relief is being requested and upon the consent of both parties.

We thank Your Honor for the attention and consideration herein.

Respectfully submitted,

*/s/ Mars Khaimov*
Attorney for Plaintiff

*/s/ Jeremi L. Chylinski*
Attorney for Defendant

Cc: all Counsel of record on ECF

