**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

DERRICK ANDERSON, on behalf of himself and
all others similarly situated,

Plaintiffs,

-against-

The Allen Hotel, Inc.,

Defendant.

Case No: 1:24-cv-02577-DLI-JAM

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

 

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:   Jericho, New York
         November 25, 2024

| | |
|---|---|
| **MARS KHAIMOV LAW, PLLC** | **GORDON & REES SCULLY MANSUKHANI** |
| By*: /s/ Mars Khaimov* | By: */s/ Jeremi L. Chylinski* |
| Mars Khaimov, Esq. | Jeremi L. Chylinski, Esq. |
| 100 Duffy Ave., Suite 510 | One Battery Park Plaza, 28th Floor |
| Hicksville, New York 11801 | New York, New York 10004 |
| mars@khaimovlaw.com | jchylinski@grsm.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |